IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIBRAIL MALIK MUHAMMAD, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 12-115-KD-M |
| ) | |
| SELMA CITY SCHOOL BOARD, ) | |
|    Defendant. ) | |

## JUDGMENT

In accordance with the Order entered April 13, 2012 (Doc. 10), finding certain claims asserted in Plaintiff's amended complaint to be frivolous, and in accordance with the Order entered this day (Doc. 18), finding that the amended complaint fails to state a claim as to the remaining claims, it is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **10th** day of **July 2012**.

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**